UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

MARKEVIA KOREAN WILLIAMS,                              CASE NO.: 5:16-CV-476

     Plaintiff,
v.

CORIZON HEALTH, INC.

     Defendant.
_____/

## MEDIATION REPORT

PLEASE TAKE NOTICE that, pursuant to Middle District Local Rule 9.06(a), Middle District of Florida Certified and Florida Supreme Court Certified Circuit Civil Mediator Travis R. Hollifield files this Mediation Report. Mr. Hollifield conducted a mediation conference in the above referenced matter on April 4, 2017 in Ocala, Florida. All required parties were present and had authority to settle the case. The mediation resulted in a settlement.

DATED this 5th day of April 2017.

By:

**/s/ Travis R. Hollifield**
_____
Travis R. Hollifield
Fla. S.Ct. Mediator No.: 20155-RA
147 E. Lyman Avenue – Suite C
Winter Park, Florida 32789
Telephone: (407) 599-9590
Facsimile: (407) 599-9591
E-mail: trh@trhlaw.com
MIDDLE DISTRICT OF FLORIDA AND
FLORIDA SUPREME COURT CERTIFIED
CIRCUIT CIVIL MEDIATOR

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 5, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

HOLLIFIELD LEGAL CENTRE
By:
**/s/ Travis R. Hollifield**
_____
Travis R. Hollifield
Fla. S.Ct. Mediator No.: 20155-RA
147 E. Lyman Avenue – Suite C
Winter Park, Florida 32789
Telephone: (407) 599-9590
Facsimile: (407) 599-9591
Email: trh@trhlaw.com
MIDDLE DISTRICT OF FLORIDA AND
FLORIDA SUPREME COURT CERTIFIED
CIRCUIT CIVIL MEDIATOR