IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

| | |
|---|---|
| MARKEVIA KOREAN WILLIAMS, <br><br>     Plaintiff <br><br> v. <br><br> CORIZON HEALTH INC., <br><br>     Defendant. | CIVIL ACTION NO. 5:16-CV-476 |

### JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, MARKEVIA KOREAN WILLIAMS and Defendant, CORIZON HEALTH INC, hereby stipulate to entry of an order dismissing this action **WITH PREJUDICE.** *See Anago Franchising, Inc. v. Shaz LLC*, No. 10-95098, slip op. (11th Cir. April 23, 2012)("we find that the plain language of Rule 41(a)(1)(A)(ii) requires that a stipulation filed pursuant to that subsection becomes self-executing and dismisses the case upon its becoming effective").

Date: May 4, 2017

| | |
|---|---|
| **RIGGINS LAW FIRM, P.A.** | **LITTLER MENDELSON, P.C.** |
| /s/ Danialle Riggins | /s/ L. Traywick Duffie |
| **DANIALLE RIGGINS, ESQ.** | **L. TRAYWICK DUFFIE, ESQ.** |
| Florida Bar No. 0013909 | Florida Bar No.: 0197123 |
| 211 NW Third Street | Blaze R. Douglas, Esq. |
| Ocala, Florida 34471 | Florida Bar No. 0113268 |
| (352)433-2400 | 3344 Peachtree Road N.E. |
| (352) 390-6435- Fax | Suite 1500 |
| Driggins@Rigginslawfirm.com | Atlanta, GA 30308 |
| Attorney for Plaintiff | (404) 233-0330 - Office |
| | (404) 233-2361 - Fax |
| | Tduffie@littler.com |
| | bdouglas@littler.com |
| | Attorneys for Defendants |

This motion/petition/stipulation has been duly considered and is hereby  GRANTED, this 4 day of MAY, 20 17.

JAMES S. MOODY, JR.
U.S. DISTRICT JUDGE